IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   15-cr-00091-RBJ | Date: August 6, 2015 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter:       N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Robert M. Brown |
| v. | |
| 2. CARMEN MARGUERITE LAWRANCE<br>**Defendant** | Edward R. Harris |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**    9:30 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

**ORDERED:   Defendant's objection is DENIED.**

Continued argument on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant shall be **imprisoned** for **15 months** as to Count One of the Indictment.

**[51] Motion for a Variance GRANTED.**

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

Court in Recess:  10:15 a.m.        Hearing concluded.        Total time in Court:  00:45